```
 1  DAVID W. GRACE (SBN 102190)
    DGRACE@LOEB.COM
 2  MELANIE HOWARD (SBN 218895)
    MHOWARD@LOEB.COM
 3  LOEB & LOEB LLP
    10100 Santa Monica Boulevard, Suite 2200
 4  Los Angeles, California 90067-4120
    Telephone:  310-282-2000
 5  Facsimile:  310-282-2200

 6  Attorneys for Plaintiff
    International Association Of Plumbing
 7  And Mechanical Officials
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| International Association Of Plumbing And Mechanical Officials, a California non-profit corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>J-M Manufacturing Company, Inc., a Delaware corporation doing business in California as J-M Pipe Manufacturing Company,<br><br>  Defendant. | Case No. CV09-08557 CAS (DTBx)<br><br>Assigned to Hon. Christina A. Snyder<br><br>**STIPULATION FOR DISMISSAL** |

Plaintiff International Association of Plumbing and Mechanical Officials and defendant J-M Manufacturing Company, Inc. hereby stipulate, by their undersigned counsel, to the dismissal of this action with prejudice pursuant to the terms of a written settlement agreement, with each party to bear its own fees and costs incurred in this action.

LA2061661.2
038950-10010

```
 1
 2  Dated: 21 July 2010                Respectfully submitted,
 3
 4                                     LOEB & LOEB LLP
                                       DAVID W. GRACE
 5                                     MELANIE HOWARD
 6                                     By: _____
 7                                          David W. Grace
                                            Attorneys for Plaintiff
 8                                          International Association Of Plumbing
                                            And Mechanical Officials
 9
10  Dated: July 21, 2010               Respectfully submitted,
11
12                                     McDERMOTT WILL & EMERY LLP
                                       JORGE ARCINIEGA
13                                     MATTHEW OSTER
14                                     By: _____
15                                          Jorge Arciniega
                                            Attorneys for Defendant
16                                          J-M Manufacturing Company, Inc.
17
18
19
20
21
22
23
24
25
26
27
28
                                         2
```

LA2061661.2
038950-10010