JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| International Association Of Plumbing And Mechanical Officials, a California non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J-M Manufacturing Company, Inc., a Delaware corporation doing business in California as J-M Pipe Manufacturing Company,<br><br>　　　　　Defendant. | Case No.  CV09-08557 CAS (DTBx)<br><br>Assigned to Hon. Christina A. Snyder<br><br>**ORDER RE: DISMISSAL**<br><br>Complaint Filed: November 20, 2009 |

IT IS HEREBY ORDERED that this action is dismissed pursuant to the parties' concurrently filed Stipulation For Dismissal.

IT IS SO ORDERED.

Dated: July 22, 2010

_Christina A. Snyder_
Hon. Christina A. Snyder
U.S. District Court Judge

LA2061678.1
038950-10010

1

[PROPOSED] ORDER RE: DISMISSAL CV 09-08557 CAS (DTBx)